■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FOLEY, Appellant. — Appeal by defendant from a resentence of the Supreme Court, Kings County (Bonomo, J.), imposed November 23, 1983, which, upon an order of this court that he be resentenced as a second felony offender upon his convictions of rape in the first degree and assault in the second degree (*People v Foley,* 96 AD2d 866), resentenced him as a second felony offender to concurrent indeterminate years of imprisonment of 12½ to 25 years and 3½ to 7 years.

Resentence affirmed.

We find no merit to defendant's contention that the provisions for mandatory enhanced prison sentences for second felony offenders established in article 70 of the Penal Law are unconstitutional (see *People v Morse,* 62 NY2d 205; *People v Thompson,* 105 AD2d 762; *People v Cates,* 104 AD2d 895; *People v Kepple,* 98 AD2d 783). Nor, under the circumstances, do we find that the sentences imposed were unduly harsh or excessive. O'Connor, J. P., Brown, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN LORD, Also Known as TED LORD, Appellant. — Appeal by defendant from a judgment of the County Court, Orange County (Isseks, J.), rendered December 12, 1979, convicting him of two counts of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant argues for the first time on this appeal that the charge and supplemental instructions contained errors. As no exceptions were taken at trial, these issues have not been preserved for appellate review (*People v Duncan,* 46 NY2d 74, cert den 442 US 910). We have considered defendant's remaining contentions and find them to be without merit. Titone, J. P., Weinstein, Rubin and Boyers, JJ., concur.